JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE TAYLOR ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MIDLAND CREDIT MANAGEMENT ) <br> INC. ) <br> Defendants. ) <br> _____) | **CASE NO. CV 14-895 GHK (PJWx)** <br><br> **ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **THIRTY (60) DAYS**, to reopen the action if settlement is not consummated.

DATED: April 16, 2014

_____
GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE